IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401(K) RETIREMENT PLAN FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND,<br><br>　　　　Plaintiffs,<br>　v.<br><br>THE STONE AND METAL GROUP, LLC, a foreign limited liability company, et al,<br><br>　　　　Defendants. | No. 20 cv 02372<br><br>Judge Guzman |

NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ and JAMES R. ANDERSON, pursuant to Fed. R. Civ. P 41 (a)(1)(A)(i) dismiss this action without prejudice as the Defendants have not served an Answer or a Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TRUSTEES OF THE DISTRICT COUNCIL NO. 14 et al,

　　　　　　　　　　　　　　　　　　s/s　　James R. Anderson
　　　　　　　　　　　　　　　　　　One of Plaintiffs' attorneys

DONALD D. SCHWARZ
JAMES R. ANDERSON
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415